**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

RONALD DAVIS,                          :
    Petitioner,                    :
                         :
                v.             :        Civil No. 2:20-cv-04307-JMG
                         :
ERIC TICE, *et al.,*                   :
    Respondents.                   :

---

**ORDER**

      **AND NOW**, this 28th day of March, 2022, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), the Report and Recommendation of U.S. Magistrate Judge David R. Strawbridge (ECF No. 14), and Petitioner's objections thereto (ECF No. 18), it is **HEREBY ORDERED** that:

      1.      The Report and Recommendation of Magistrate Judge David R. Strawbridge (ECF No. 14) is **APPROVED** and **ADOPTED**;

      2.      Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED AND DISMISSED**;

      3.      **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE** under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2) since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262–63

(3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012);

    4.    The Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge